**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| LORI CHAPUT, )<br>　　　　Plaintiff, )<br>　vs. )<br>GENPACT SERVICES, LLC, )<br>　)<br>　　　　Defendant. )<br>　)<br>　)<br>　)<br>　)<br>　) | CIVIL ACTION<br>Docket No.: 1:12-cv-00224-JAW |

### NOTICE OF VOLUNTARY DISMISSAL

　　　　LORI CHAPUT (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, GENPACT SERVICES, LLC (Defendant), in this case.

DATED:  September 24, 2012　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　KROHN & MOSS, LTD.

　　　　　　　　　　　　　　　　　By: /s/ Douglas F. Jennings

　　　　　　　　　　　　　　　　　　Douglas F. Jennings, Esq.
　　　　　　　　　　　　　　　　　　One Weston Court, Suite 103B
　　　　　　　　　　　　　　　　　　Augusta, ME 04330
　　　　　　　　　　　　　　　　　　dfjlaw@live.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

Manuel H. Newburger
Barron & Newburger, PC
1212 Guadalupe, Suite 104
Austin, TX 78701-1837

                              By:   /s/ Douglas F. Jennings

                                    Douglas F. Jennings, Esq.
                                    One Weston Court, Suite 103B
                                    Augusta, ME 04330
                                    dfjlaw@live.com
                                    Attorney for Plaintiff